Thank you, Your Honor. Your Honors, Jack Yaskowitz from Suit & Kissel for the appellees. I am happy to submit with respect, since Mr. Kammona has not showed. If the Court has any questions for me, otherwise we would really rely on our papers. All right. Well, if that's your position, we're happy to accept it that way, yes. We've Thank you, Your Honor. I'm sorry to trouble you. I think we all expected that your opponent would be present. That's fine, Your Honor. Thank you so much.